**08 C 50146**

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 00 CR 50004 | **DATE** | 7/21/2008 |
| **CASE TITLE** | USA vs. Thomas E. Blackshear | | |

**DOCKET ENTRY TEXT:**

Thomas E. Blackshear, a federal prisoner, has filed a motion pursuant to Federal Rule of Civil Procedures Rule 60(b)(6) under his criminal case number; however, it should have been assigned a new civil case number. The Clerk is directed to re-docket the motion under a new civil case number. The motion is terminated in the criminal case.

*Philip G. Reinhard*

Electronic/Notice mailed to defendant by judicial staff.

| | Courtroom Deputy Initials: | JT |
|---|---|---|