# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50146 | **DATE** | 7/21/2008 |
| **CASE TITLE** | United States vs. Blackshear | | |

**DOCKET ENTRY TEXT:**

Thomas Blackshear, a federal prisoner, filed a motion pursuant to Fed. R. Civ. P. 60(b), seeking a reduction in his original sentence. While Blackshear characterizes his motion as one under Rule 60(b), it seeks relief in the nature of a motion under 28 U.S.C. § 2255 and will be treated as such. See Melton v. United States, 359 F. 3d 855, 857 (7th Cir. 2004). As such, it is in reality a successive collateral attack which is barred absent permission to do so from the court of appeals. See 28 U.S.C. §§ 2241 and 2255; Melton, 359 F. 3d at 857. The court therefore dismisses the motion for lack of jurisdiction and dismisses this case in its entirety. The request for appointment of counsel is also denied as moot.

*Philip G. Reinhard*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | LC |
|---|---|---|