# United States District Court
## Northern District of Illinois
### Western Division

United States                              **JUDGMENT IN A CIVIL CASE**

       v.                                      Case Number: 08 C 50146

Thomas E. Blackshear

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Thomas Blackshear, a federal prisoner, filed a motion pursuant to Fed. R. Civ. P. 60(b), seeking a reduction in his original sentence. While Blackshear characterizes his motion as one under Rule 60(b), it seeks relief in the nature of a motion under 28 U.S.C. § 2255 and will be treated as such. See Melton v. United States, 359 F. 3d 855, 857 (7th Cir. 2004). As such, it is in reality a successive collateral attack which is barred absent permission to do so from the court of appeals. See 28 U.S.C. §§ 2241 and 2255; Melton, 359 F. 3d at 857. The court therefore dismisses the motion for lack of jurisdiction and dismisses this case in its entirety. The request for appointment of counsel is also denied as moot.

                                                               Michael W. Dobbins, Clerk of Court

Date: 7/21/2008

                                                                /s/ Jennifer Titak, Deputy Clerk