UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DISTRICT

FILED
AUG 2 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TOM BLACKSHEAR,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Defendant.

Case No. 00-CR-50004
Hon. Judge Philip Reinhard

JT  08 C 50146

## PETITION TO DISTRICT COURT

Now comes Tom Blackshear, the petitioner, appearing through pro se representation, asking the court to contrue this petition liberally and apply Haines v. Kerner and Estella v. Gamble. A court should make a reasonable attempt to read the pleadings to state a valid claim on which the petitioner could prevail.

## PETITION OT DISTRICT COURT FOR
## ISSUANCE OF CERTIFICATE OF APPEALABILITY

On 7-21-2008 this Honorable court entered its order denying the application of the petitioner Tom Blackshear to vacate, set aside, or correct sentence pursuant to Fedr. civ p. 60(b)(6). The court said it was a successive callateral attack, which is barred absent permission to do so from the Court of Appeals. In order for the petitioner to appeal said order to the United States Court of Appeals for the Seventh Circuit, the petitioner respectfully requests that this court issue a certificate of appealability.

Petitioner maintains that he is entitled to redress on appeal on the following grounds, which substantially show that his constitutional rights were violated and newly discovered evidence has come forth, never seen by the petitioner before.

1.) Petitioner maintains that he never knew that he was grouped under 3D1.2(d), when they should have grouped him under 3D1.1(c).

2.) The court added 2 levels under 3D1.4, even though that provision is only applicable to situations involving multiple grouping of offenses.

The petitioner contends that the grouping and application of 3D1.2(d) along with the two level enhancement he received under 3D1.4, that only applies to multiple offenses subjected him to a severely harsher punishment than law provides. Please grant a Certificate of Appealability on the issues put forth here.

Please apply any and all case law the court feels apply.

Dated: August 11, 2008

Tom Blackshear

Tom Blackshear - 12209-424
Federal Prison Camp
PO Box 33
Terre Haute, IN 47808

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

TOM BLACKSHEAR,

vs.

Case No. 00-CR-5004

UNITED STATES OF AMERICA.

CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2008, I mailed by United States Postal Services a Motion for an Issunace of Certificate of Appealability to the Following:

John G. McKenzie
Assistant United States Attorney
308 West State Street - Room
Rockford, Illinois 61101

Clerk of Courts
Northern District of Illinois
Western Divison

Rockford, Illinois 61101

Dated: August 18, 2008

BY: _____
Tom Blackshear - 12209-424
Federal Prison Camp
PO Box 33
Terre Haute, IN 47808