# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50146 | **DATE** | 8/22/2008 |
| **CASE TITLE** | United States vs. Tom Blackshear | | |

**DOCKET ENTRY TEXT:**

Thomas Blackshear, a federal prisoner, filed a petition for certificate of appealability related to this court's order of July 21, 2008, dismissing for lack of jurisdiction his Rule 60(b) motion as a successful collateral attack without first obtaining leave to do so from the Court of Appeals. The court denies the petition for certificate of appealability for lack of jurisdiction to the extent Blackshear states in the petition that he seeks to appeal the merits of the successive motion. To the extent the request for a certificate is related to this court's characterization of the Rule 60 motion as a successive collateral attack, the court denies the request as he has failed to make a substantial showing of the denial of a constitutional right in that regard. See 28 U.S.C. § 2253(c)(2).

*/s/ Philip G. Reinhard*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | LC |
|---|---|---|